IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
AT SALT LAKE CITY

| | |
|---|---|
| Policy Scout, LLC, A Delaware Limited Liability Company, | ) ) ) |
| Plaintiff/Counterdefendant, | ) )  Case No: 2:23-cv-00934-CMR |
| Vs. | ) ) ) |
| DANIEL HUMAN, | ) ) ) |
| Defendant/Counterclaimant, | ) |

**COUNTERCLAIMANT'S REQUEST FOR DEFAULT JUDGMENT BY THE CLERK OF THE COURT AGAINST COUNTERDEFENDANTS POLICY SCOUT AND DOES 1 THROUGH 4**

Comes Now Counterclaimant Daniel Human, and pursuant to Rule 55(a)(b)(1) of the Fed. R. Civ. Proc. requests the Clerk of the Court enter its judgment by default in Counterclaimant's favor against Counterdefendants Policy Scout, LLC and Doe's 1 through 4 for their failure to plead or otherwise defend the Counterclaims set forth in Exhibit A-1. 2. In support, the Counterclaimant states:

I.  **Nature of the Action**

1.  This is a class action under the Missouri No Call List and Telemarketing prohibitions set forth in §407.1098.1 and Mo. Rev. Stat. § 407.1076.

2.  This is also a class action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, a federal statute enacted in response to widespread public outrage about the proliferation of intrusive, nuisance telemarketing practices. *See Mims v. Arrow Fin. Servs., LLC,* 132 S. Ct. 740, 745 (2012).

3.      This case was filed in this Court on October 31, 2023, for more than nineteen (19) illegal and unsolicited telemarketing calls to the Counterclaimant's private residential telephone number without his express written consent which he personally listed on the Missouri and Federal do not call registries. See Exhibit A-1, pp. 9-27.

4.      Counterdefendants Policy Scout, LLC and Does 1 through 4, failed to appear, answer, or otherwise defend the Counterclaims in Missouri Federal Court and neither are minors nor incompetent persons as defined by Rule 55(b)(1). See Exhibit A-1, pp. 1-4, docket sheet.

II.     **Perfection of Process**

5.      Process was perfected on Counterdefendant Policy Scout LLC, and the Doe Counterdefendants on October 31, 2023, through the Courts CM/ECF filing system. See Exhibit A-1, pp. 1-2.

6.      Policy Scout entered an appearance in this case on November 8, 2023. Exhibit A-1, pp. 2-3.

III.    **Failure to Answer, Plead or Otherwise Defend the Counterclaims**

7.      Policy Scout, LLC filed a Disclosure Statement on November 14, 2023. See Exhibit A-1, pp. 2-4.

8.      Counterdefendants's Policy Scout, LLC and Does's 1 through 4 answers to the Counterclaims were due on or before November 30, 2023, even upon remand to the Utah State Court, prior to the instant transfer, they have failed to confer with Mr. Human in good faith, nor sought to extend the time for filing an answer to the Counterclaims.[1]

---

[1] Indeed, Policy Scout filed a motion on December 8, 2023, seeking an additional ten days to file their answer, which was denied by the Court on December 22, 2023. See Exhibit A-1, page 32.

2

9.   Counterdefendants Policy Scout, LLC and Does 1 through 4 have failed to plead, answer or otherwise defend the counterclaims within the time proscribed under the Federal Rules of Civil Procedure and have been in default for twenty-Nine (29) days without good cause. See Exhibit A-1, docket sheet, Id.

10.   In accordance with Rule 55(a)(b)(1) of the Federal rules of Civil Procedure, the Counterclaimant is entitled to the mandatory issuance of a default judgment by the Clerk of the Court against Counterdefendants Policy Scout, LLC and Does 1 through 4 based on their failure to plead or otherwise defend and on the computation of the ascertainable damages below:

IV.   **Computation of Damages**

a.   **Missouri Telemarketing Law Damages**

11.   This case involves nineteen (19) illegal telemarketing calls with bifurcated damages under both the Missouri State Telemarketing Laws §407.1098.1 and Mo. Rev. Stat. § 407.1076 and the Federal TCPA statutes.

12.   Under Chapter 407.1107 RSMo., the Counterclaimant is entitled to $5,000 in damages for each knowing violation:

   19 x $5,000       $95,000.00

b.   **Telephone Consumer Protection Act Damages**

13.   Under 47 U.S.C. § 227, the Counterclaimant is entitled to further damages of $1,500.00 for each knowing violation of the Federal Do Not Call registry:

   19 x $1,500.00      $28,500.00

14.   The total sum of combined statutory damages is $123,500.00

c.   **Attorneys' fees and costs**

15. The Counterclaimant has incurred twenty-six (6) hours of investigation and litigation paralegal fees at $175.00 per hour or $4,500.00. See Human Cost Affidavit.

16. The Counterclaimant has incurred $810.00 in filing fees.

17. The Counterclaimants Missouri Attorney expended twelve- and one-half hours (12.5) in the research, preparation of the Counterclaims, emails, consultations, motions, responses, replies and surresponses and preparing the instant motion. See Butler Affidavit attached hereto and fully incorporated herein by reference.

18. The undersigned Counsel's rate is $300.00 per hour. See *Butler Aff*.

12.5 x 300 =$3,750.00

d. **Sum Total of Damages**:

| | | |
|---|---|---|
| 19 x $5,000 | $95,000.00 | Missouri violations |
| 19 x $1,500.00 | $28,500.00 | TCPA violations |
| 26 x $175 | $4,500.00 | Investigations and preparatory costs |
| 1 x $405.00 | $810.00. | Filing fees |
| 12.5 x $300 | $3,750.00 | Attorney fees |

Total Damages Award:    $132,965.00

**WHEREFORE**, Counterclaimant requests that the Clerk of the Court enter an immediate Default Judgment pursuant to Rule 55(b)(1) of the Fed. R. Civ. Proc. in Counterclaimants' favor against Counterdefendants Policy Scout, LLC and Does 1 through 4 in the amount of $132,965.00.

Respectfully submitted,

4

/s/Daniel Human, pro se
Daniel Human
10423 Conway Rd \
St. Louis, MO 63131
Dh68litigation@yahoo.com
(314) 915-2988

Defendant pro se

Dated: December 29, 2023.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 29, 2023, a copy of the foregoing was filed electronically in the CM/ECF filing and notification system via pro se email filing procedures. Notice of this filing will be sent to the parties of record via electronic mail.

Jodan Cameron
Cameron Ringwood, LC
6975 South Union Park Avenue
Suite 600
Cottonwood Heights, UT 84047
(385) 463-2425
jordan@cameronringwood.com

/s/Daniel Human
Daniel Human

5