IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **POLICYSCOUT, LLC**,<br><br>　　　　　Plaintiff,<br>v.<br><br>**DAN HUMAN**,<br><br>　　　　　Defendant. | **ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS THE CASE WITH PREJUDICE**<br><br>Case No. 2:23-CV-00934-JNP-CMR<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

On January 25, 2024, the parties filed a joint stipulated motion to dismiss this case with prejudice (ECF No. 24). Based on the parties' stipulation and for good cause appearing, the motion is **GRANTED** and this action is **DISMISSED** with prejudice in its entirety, each party to bear its own costs and fees.

Signed January 26, 2024

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge